**William A. HARRIS, Jr.,**
**Plaintiff–Appellant,**

v.

**Commonwealth of VIRGINIA; Department of Corrections; Probation and Parole, District 24; Sallie Overton Amos, Parole Officer; James Reynolds, III, Chief Parole Officer, Defendants–Appellees.**

No. 03–6313.

United States Court of Appeals,
Fourth Circuit.

Submitted June 12, 2003.

Decided June 17, 2003.

William A. Harris, Jr., Appellant Pro Se.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William A. Harris, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Harris v. Virginia,* No. CA–02–1759–AM (E.D.Va. Jan. 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*